```
1  JEFFRIES ADVOCATES
   ATTORNEY FOR THE PLAINTIFF
2      38 CORPORATE PARK, SUITE D
       IRVINE, CA  92714
3      714-474-2055
4  Attorneys for the Plaintiff
```

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>  Plaintiff, | COURT NO: 92 A 21018 |
| v. | DEFAULT JUDGMENT |
| BURT B. HARRIS<br>  Defendant(s). | |

In the above-entitled action, an affidavit on behalf of the plaintiff satisfying the requirements of Rule 55 having been filed;

IT IS ADJUDGED that the United States of America, plaintiff, do have and recover of and from BURT B. HARRIS

the sum of $2,825.00 as principal, $1,587.88 as accrued prejudgment interest, $227.00 administrative charges, and $72.50 costs, plus $282.00 attorney fees for a total amount of $4,994.38, plus interest at the current rate until entry of judgment.

Judgment to accrue interest at the legal rate until paid.

DATED: SEP 2 5 1992

LEONARD A. BROSNAN, CLERK
U.S. District Court
Central District of California

By: 
Deputy Clerk